# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 26, 2014

## NO. 03-13-00249-CR

### Ex parte Juan Valenzuela-Rodriguez

**APPEAL FROM THE 264TH DISTRICT COURT OF BELL COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
AFFIRMED -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the application for writ of habeas corpus filed in the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's denial of the application for writ of habeas corpus. Therefore, the Court affirms the trial court's denial of the application for writ of habeas corpus. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.